UNITED STATES, Appellee

v

OTIS B. LITTLEJOHN, Airman Apprentice,
U. S. Navy, Appellant

18 USCMA 590, 40 CMR 302

No. 22,238

September 19, 1969

Captain *Frank A. Nelson*, JAGC, USN, and *Lieutenant Kenneth F. Ripple*, JAGC, USNR, were on the pleadings for Appellant, Accused.

Captain *William S. Foss*, USMCR, was on the pleadings for Appellee, United States.

### Opinion of the Court

DARDEN, Judge:

Absent supplementing evidence, the president's *pro forma* inquiry does not satisfy us of the providency of appellant's plea of guilty to the absences here charged. Cf. United States v Care, 18 USCMA 535, 40 CMR 247. The decision of the board of review is reversed and the record of trial is returned to the Judge Advocate General of the Navy. A rehearing may be ordered.

Chief Judge QUINN and Judge FERGUSON concur.